[No. 8142–7–III.   Division Three.   April 19, 1988.]

WILLIAM E. SWIGER, JR., ET AL, *Appellants,* v. WILTCO
MANUFACTURING, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 85–2–00735–1, Cameron K. Hopkins, J., entered August 22, 1986. *Reversed* by unpublished opinion per Green, J., concurred in by Thompson, A.C.J., and Munson, J.

[No. 10595–1–II.   Division Two.   April 19, 1988.]

FARMERS INSURANCE COMPANY OF WASHINGTON, *Respondent,* v. DANIEL GILLESPIE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84–2–06268–7, J. Kelley Arnold, J., entered December 5, 1986. *Affirmed as modified* by unpublished opinion per Worswick, J., concurred in by Alexander, A.C.J., and Petrich, J.

[No. 7955–4–III.   Division Three.   April 21, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES EDWARD
THOMAS, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 86–1–00330–5, Harold D. Clarke, J., entered June 10, 1986. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.